```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>　　　　v. )<br>DONYE MARCELL MITCHELL, SR., )<br>　　　　　　　Defendant. )<br>_____ ) | 2:11-cr-00085-GEB<br><br><u>RELATED CASE ORDER; ORDER</u><br><u>SCHEDULING STATUS CONFERENCE</u> |
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>　　　　v. )<br>KENNETH KIM PARKS; GREGORY BART )<br>MARTIN; MICHAEL RAY TAYLOR, SR.; )<br>MICHAEL RAY TAYLOR, JR.; ANDRE )<br>ANTONIO WALTERS, )<br>　　　　　　　Defendants. )<br>_____ ) | 2:12-cr-00375-WBS |

　　　　The United States of America filed a "Notice of Related Cases" on December 7, 2012, in which it states, *inter alia*: "[T]he above-captioned matters are related cases within the meaning of Local Rule 123. These cases involve common questions of law and fact and involve the same event, to wit, a large criminal scheme to defraud the state of unemployment benefits." (ECF No. 33, 1:26-2:1.)

　　　　Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the

1  judge to whom the first filed action was assigned. Therefore, action
2  2:12-cr-00375-WBS is reassigned to the undersigned judge for all further
3  proceedings, and the caption on the reassigned cases shall show the
4  initials "GEB."  Further, any date currently set in the reassigned case
5  is VACATED. The Clerk shall make an appropriate adjustment in the
6  assignment of criminal cases to compensate for this reassignment.
7          IT IS FURTHER ORDERED that a Status Conference is scheduled to
8  commence at 9:00 a.m. on January 4, 2013, in action 2:12-cr-00375.

Dated:  December 11, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge