1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,          )
                                        )    2:11-cr-00085-GEB
8                   Plaintiff,          )
                                        )
9          v.                           )    RELATED CASE ORDER; ORDER
                                        )    SCHEDULING STATUS CONFERENCE
10   DONYE MARCELL MITCHELL, SR.,       )
                                        )
11                  Defendant.          )
     _____  )
12   UNITED STATES OF AMERICA,          )
                                        )    2:12-cr-00375-WBS
13                  Plaintiff,          )
                                        )
14         v.                           )
                                        )
15   KENNETH KIM PARKS; GREGORY BART    )
     MARTIN; MICHAEL RAY TAYLOR, SR.;   )
16   MICHAEL RAY TAYLOR, JR.; ANDRE     )
     ANTONIO WALTERS,                   )
17                                      )
                    Defendants.         )
18   _____  )

19

20         The United States of America filed a "Notice of Related Cases"

21   on  December  7,  2012,  in  which  it  states,  *inter  alia*:  "[T]he

22   above-captioned matters are related cases within the meaning of Local

23   Rule 123. These cases involve common questions of law and fact and

24   involve the same event, to wit, a large criminal scheme to defraud the

25   state of unemployment benefits." (ECF No. 33, 1:26-2:1.)

26         Examination of the above-entitled actions reveals that they

27   are related within the meaning of Local Rule 123. Under the regular

28   practice of this court, related cases are generally assigned to the

                                     1

1  judge to whom the first filed action was assigned. Therefore, action

2  2:12-cr-00375-WBS is reassigned to the undersigned judge for all further

3  proceedings, and the caption on the reassigned cases shall show the

4  initials "GEB."  Further, any date currently set in the reassigned case

5  is VACATED. The Clerk shall make an appropriate adjustment in the

6  assignment of criminal cases to compensate for this reassignment.

7         IT IS FURTHER ORDERED that a Status Conference is scheduled to

8  commence at 9:00 a.m. on January 4, 2013, in action 2:12-cr-00375.

9  Dated:  December 11, 2012

10

11  _____
    GARLAND E. BURRELL, JR.
12  Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28