KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KENNETH PARKS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 12-CR-00375 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION REGARDING |
| | ) | EXCLUDABLE TIME PERIODS |
| v. | ) | UNDER SPEEDY TRIAL ACT; |
| | ) | [PROPOSED] FINDINGS AND |
| | ) | ORDER |
| KENNETH PARKS | ) | |
| GREGORY MARTIN | ) | |
| MICHAEL TAYLOR SR. | ) | |
| MICHAEL TAYLOR JR. | ) | |
| ANDRE WALTERS | ) | |
| | ) | Date: 4-26-13 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants by and through their counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 29, 2013.

2. By this stipulation, defendants Kenneth Parks, Gregory Martin, Michael Taylor Sr., Michael Taylor Jr. and Andre Walters now move to continue the status

-1-

conference until April 26, 2013 and to exclude time between March 29, 2013 and April 26, 2013 under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has represented that the discovery associated with this case is rather voluminous and that there is still some outstanding discovery.

    b.    Counsels for the defendants desire additional time to consult with their clients, to review the current charges, to finish the investigation and research related to the charges, review the discovery and to discuss potential resolutions with their clients.

    c.    Counsels for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 29, 2013 to April 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy

trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 28, 2013                      Respectfully submitted,

                                                  /s/ Kelly Babineau
                                                  KELLY BABINEAU
                                                  Attorney for Kenneth Parks

Dated: March 28, 2013                       /s/ Chris Cosca
                                                  Kelly Babineau for CHRIS COSCA
                                                  Attorney for GREGORY MARTIN

Dated: March 28, 2013                       /s/ Thomas Johnson
                                                  Kelly Babineau for THOMAS JOHNSON
                                                  Attorney for MICHAEL RAY TAYLOR SR.

Dated: March 28, 2013                       /s/ Timothy Warriner
                                                  Kelly Babineau for TIMOTHY WARRINER
                                                  Attorney for MICHAEL RAY TAYLOR JR.

Dated: March 28, 2013                       /s/ Michael L. Chaistaine
                                                  Kelly Babineau for MICHAEL CHASTAINE
                                                  Attorney for ANDRE WALTERS

Dated: March 28, 2013                       /s/ Jared Dolan
                                                  Kelly Babineau for JARED DOLAN
                                                  United States Attorney

**O R D E R**

IT IS SO FOUND.

**Date: 3/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge