MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Andre Walters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:12-CR-375 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERNCE |
| v. | ) |
| ANDRE ANTONIO WALTERS, et al., | ) |
| Defendants. | ) |

Defendant Andre Walters, by and through his attorney, Michael Chastaine, Kenneth Park. by and through his attorney Kelly Babineau, Gregory Martin by and through his attorney Christopher Cosca, Michael Taylor, Sr. by and through his attorney Thomas Johnson, and Michael Taylor, Jr. by and through his attorney Tim Warriner, and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, April 26, 2013 at 9:00 a.m. to Thursday June 20, 2013 at 9:30 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The continuance is requested as a result of the case being reassigned from Judge Garland E. Burrell, Jr. to Judge Troy L. Nunley and to allow counsel additional time to review the large amount of discovery that has been provided. It is further stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: April 25, 2013                    The CHASTAINE LAW OFFICE

                                         By: ____/s/ Michael Chastaine
                                                 MICHAEL CHASTAINE
                                                 Attorney for Andre Walters

Dated: April 25, 2013

                                         By: ____/s/ Kelly Babineau
                                                 KELLY BABINEAU
                                                 Attorney for Kenneth Parks

Dated: April 25, 2013

                                         By: ____/s/ Chris Cosca
                                                 CHRIS COSCA
                                                 Attorney for Gregory Martin

Dated: April 25, 2013

                                         By: ____/s/ Tom Johnson
                                                 TOM JOHNSON
                                                 Attorney for Michael Taylor, Sr.

Dated: April 25, 2013

                                         By: ____/s/ Tim Warriner
                                                 TIM WARRINER
                                                 Attorney for Michael Taylor, Jr.

Dated: April 25, 2013	BENJAMIN B. WAGNER
	United States Attorney

	By: ___/s/ Jared Dolan
	JARED DOLAN
	Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 26, 2013 at 9:00 a.m. be continued to Thursday, June 20, 2013 at 9:30 a.m. and that the period from April 26, 2013 to June 20, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found based upon stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated:  April 29, 2013

_____
Troy L. Nunley
United States District Judge