THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

GREGORY MARTIN, et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:12-cr-0375-TLN

STIPULATION AND ORDER FOR
CONTIUATION OF THE STATUS
CONFERENCE

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1.  By previous order, this case was set for a Status Conference on August 7, 2014.

2.  By this stipulation, the all Defendants agree to continue the Status Conference to September 25, 2014, at 9:30 a.m.  The parties stipulate to exclude time until September 25, 2014, under Local Code T4.   Plaintiff does not oppose this request.

3.  The parties agree and stipulate and request that the Court find the following:

    a.  Thomas A. Johnson, counsel for Michael Taylor Sr., requests a continuance and needs additional time in order to continue review of the

1

discovery and discuss a potential resolution with the defendant.   All co-counsel join in the request to continue.

b. Counsel for defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time until September 25, 2014, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 5, 2014

By:    /s/ Thomas A. Johnson
Thomas A. Johnson
Attorney for Michael Taylor Sr.

2

DATED: August 5, 2014

By:    /s/ Thomas A. Johnson for
CHRISTOPHER COSCA
Attorney for Gregory Martin

DATED:  August 5, 2014

By:    /s/ Thomas A. Johnson for
TIMOTHY WARRINER
Attorney for Michael Taylor Jr.

DATED:  August 5, 2014

By:    /s/ Thomas A. Johnson for
MICHAEL CHASTAINE
Attorney for Andre Walters

DATED:  August 5, 2014

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Thomas A. Johnson for
JARED DOLAN
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: August 7, 2014

Troy L. Nunley
United States District Judge

3