BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH KIM PARKS, <br><br> Defendant. | CASE NO. 2:12-CR-375 TLN <br><br> STIPULATION REGARDING RESTITUTION; ORDER <br><br> DATE: October 9, 2014 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for a restitution hearing on October 9, 2014.

2. Mr. Parks was sentenced on August 7, 2014. On that date, and over the defendant's objection, this Court found that the amount of loss attributable to Mr. Parks as relevant conduct of the offense of conviction was $1,904,472.

3. The parties agree and stipulate that, in light of the Court's ruling as to the loss amount, the Court should order that Kenneth Parks pay restitution to the victim in the amount of $1,904,472. The parties recommend that the Court waive any interest, and provide for joint and several liability as set forth in the pre-sentence report.

4. Despite waiving his appellate rights in a plea agreement, the defendant has filed a notice

of appeal.  The parties agree that, if the appellate court vacates a material part of the defendant's sentence, this stipulation shall not bind the defendant.  However, should the appellate court find that the waiver provision in the plea agreement is binding and enforceable as to Mr. Parks, the parties agree that this stipulation will bind the defendant as to the matters set forth herein.

IT IS SO STIPULATED.

Dated:  October 7, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ JARED C. DOLAN
                                 JARED C. DOLAN
                                 Assistant United States Attorney

Dated:  October 7, 2014          /s/ DAN BRACE
                                 DAN BRACE
                                 Counsel for Defendant
                                 KENNETH KIM PARKS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of October, 2014.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING RESTITUTION;
PROPOSED ORDER

2