Gene D. Vorobyov, CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693; gene.law@gmail.com

Attorney for Defendant and Appellant
KENNETH PARKS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff and Respondent, <br><br> vs. <br><br> KENNETH KIM PARKS, <br><br> Defendant and Appellant | Case No.: 2:12-CR-375 TLN <br><br> [9th Circuit Case No. 14-10419] <br><br> **ORDER GRANTING APPOINTED APPELLATE COUNSEL ACCESS TO ATTACHMENT NO. 4 TO CLERK'S OFFICE RECORD NO. 110** |

///

///

///

///

///

///

ORDER GRANTING APPOINTED COUNSEL ACCESS TO A SEALED
ATTACHMENT NO. 4 TO CR 110

BY: Defendant and Appellant Kenneth Kim Parks

1
2
3
4
5
6
7

The Court has considered appellant's motion to give his appointed appellate attorney access to a document filed under seal.  The Court finds good cause to grant the motion.   Appellant's request is therefore GRANTED.  The Clerk's Office is directed to send to the defendant's appointed appellate attorney Gene Vorobyov a copy of the *sealed* attachment no. 4 to the final presentence report (CR 110).

8
9
10

    IT IS SO ORDERED.

11
12
13
14

Dated:  June 18, 2015

_____
Troy L. Nunley
United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING APPOINTED COUNSEL ACCESS TO A SEALED ATTACHMENT NO. 4 TO CR 110

BY: Defendant and Appellant Kenneth Kim Parks